IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>CANCELLATION OF LIS PENDENS</u> |
| | ) | |
| Plaintiff, | ) | C/A No. 8:08-2387 HFF |
| | ) | |
| vs. | ) | |
| | ) | |
| Eve S. Whitaker; Ford Motor | ) | |
| Credit company, South Carolina | ) | |
| Department of Mental Health, | ) | |
| | ) | |
| Defendants. | ) | |

The United States of America does hereby acknowledge that **PHOENIX CORP. OF GREENWOOD,** was the successful bidder at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Anderson County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on July l7, 2008 in Lis Pendens Book 08LP04 , at Page 00727.

s/Henry F. Floyd
UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

July   21       , 2009

1